NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT LEE KING,                           )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D18-4969
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
                                           )
_____   )

Opinion filed September 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Robert Lee King, pro se.


PER CURIAM.


          Affirmed.


SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.